Kirk W. McAllister, State Bar No. 47324
McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA 95354
Tel: (209) 575-4844

Attorney for Defendant
BHARPUR SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:14-CR-00230 LJO SKO |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | Judge: Honorable Sheila K. Oberto |
| BHARPUR SINGH, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the UNITED STATES OF AMERICA through its undersigned counsel, CHRISTOPHER BAKER, Assistant United States Attorney, and KIRK W. McALLISTER, attorney for the defendant BHARPUR SINGH, that the status conference presently scheduled for Monday, December 1, 2014, at 1:00 p.m. be vacated and rescheduled for Monday, March 2, 2015, at 1:00 p.m..

The reason for the continuance is that defense counsel recently received a voluminous amount of discovery and is engaged in reviewing the discovery. Additional time is needed to accomplish this task.

///

///

///

-1-

1  All counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through March 2, 2015, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

KIRK W. MCALLISTER
Attorney for Defendant

Dated:  11/25/2014         /s/  Kirk W. McAllister
                           KIRK W. McALLISTER
                           Attorney for Defendant Tyler David Bliss


                           /s/  Christopher Baker
Dated: 11/25/2014          CHRISTOPHER BAKER
                           Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

   Dated:   **November 26, 2014**              **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE

McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA 95354