Kirk W. McAllister, State Bar No. 47324
McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA  95354
Tel: (209) 575-4844

Attorney for Defendant
BHARPUR SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | : | Case No.:   1:14-CR-00230 LJO SKO |
|---|---|---|
| Plaintiff, | : | **STIPULATION AND ORDER** |
| vs. | : | Judge: Honorable Sheila K. Oberto |
| BHARPUR SINGH, | : |  |
| Defendant. | : |  |

IT IS HEREBY STIPULATED by and between the UNITED STATES OF AMERICA through its undersigned counsel, BRIAN ENOS, Assistant United States Attorney, and KIRK W. McALLISTER, attorney for the defendant BHARPUR SINGH, that the status conference presently scheduled for Monday, May 18, 2015, at 1:00 p.m. be vacated and rescheduled for Monday, July 20, 2015, at 1:00 p.m.

The reason for the continuance is that defense counsel recently received a voluminous amount of discovery and is engaged in reviewing the discovery.  Additional time is needed to accomplish this task.

Counsel for the government will also be contacting case agents to ensure that all recordings relevant to the case have been produced, as well as arrange for defense counsel to review any physical discovery in the case not previously analyzed.

1  All counsel and the defendant agree that time under the Speedy Trial Act from the date
2  this stipulation is lodged through July 20, 2015, should be excluded in computing time within
3  which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §§
4  3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

KIRK W. MCALLISTER
Attorney for Defendant

Dated:  05/14/2015           /s/  Kirk W. McAllister
                             KIRK W. McALLISTER
                             Attorney for Defendant Tyler David Bliss


                             /s/  Brian Enos
Dated: 05/14/2015            BRIAN ENOS
                             Assistant U.S. Attorney

-2-

## **ORDER**

IT IS ORDERED that the status conference hearing presently scheduled for Monday, May 18, 2015, at 1:00 p.m. be vacated and rescheduled for Monday, July 20, 2015, at 1:00 p.m. Time shall be excluded in the interests of justice based on the grounds set forth in the parties' stipulation, through and including the continued status conference date of July 20, 2015, under 18 U.S.C. § 3161(h)(7)(A) and (7)(B)(iv), in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

The parties shall be prepared to select a mutually agreeable trial date at the July 20, 2015, status conference.

IT IS SO ORDERED.

Dated:   **May 14, 2015**              **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE