BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:14-cr-00230 LJO SKO |
| Plaintiff, | **STIPULATION TO CONTINUE SEPTEMBER 21, 2015 CHANGE OF PLEA HEARING TO NOVEMBER 16, 2015; ORDER RE SAME** |
| v. | Ctrm:      4 |
| BHARPUR SINGH, | Hon. Lawrence J. O'Neill |
| Defendant. | |

THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their respective attorneys of record, to continue this action's September 21, 2015 change of plea hearing to November 16, 2015, on the court's 10:00 a.m. calendar.

This stipulation is based on good cause. Specifically, on September 9, 2015, counsel for both parties met with the government's lead agent at her Fresno offices to (1) review physical evidence not previously produced as documentary or electronic discovery, as well as (2) continue their efforts to reach a resolution in this case. This meeting took place over approximately ninety minutes. At this meeting, counsel for the defense identified additional evidence, including but not limited to receipts,

1

ledgers and U.S. Department of Agriculture documents, that he asked to be produced as supplemental discovery. The government has since identified and copied this material, and it is expected to be Bates Stamped and mailed to the defense by September 16, 2015.

The parties are nearing a resolution in the case, and continue to believe that it will be resolved through a plea agreement and change of plea hearing. However, defense counsel's ability to analyze the aforementioned supplemental discovery, as well as review it with defendant, is necessary to achieve a resolution based on all available evidence. This review is particularly relevant to issues relating to loss amounts.

In light of the above, counsel for both parties have met and conferred about when to set this action's continued change of plea hearing. Based on defense counsel's having state court trial dates set for September 29, 2015, October 6, 2015 and October 19, 2015, the parties are next available to attend a continued change of plea hearing to November 16, 2015. In light of defense counsel's office being in Modesto, they further ask the court to schedule this continued hearing on its 10:00 a.m. calendar.

For the above stated reasons, the parties request the court to endorse this stipulation by way of formal order. This continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

(As auth. 9/15/15)

Dated: September 15, 2015            By: /s/ Kirk W. McAllister
                                     Kirk W. McAllister
                                     Attorney for Defendant
                                     BHARPUR SINGH

Dated: September 15, 2015            BENJAMIN B. WAGNER
                                     United States Attorney

                                     By: /s/ Brian W. Enos
                                     Brian W. Enos
                                     Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **September 16, 2015**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE