BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BHARPUR SINGH,<br><br>　　　　　　　Defendant. | Case No: 1:14-cr-00230 LJO<br><br>**STIPULATION TO CONTINUE NOVEMBER 16, 2015 CHANGE OF PLEA HEARING TO DECEMBER 14, 2015; ORDER RE SAME**<br><br>Ctrm:　　　4<br><br>Hon. Lawrence J. O'Neill |

　　　THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their respective attorneys of record, that the pending change of plea hearing set for this Monday, November 16, 2015 at 10:00 a.m., be continued three weeks, or to Monday, December 14, 2015, likewise at 10:00 a.m.

　　　This stipulation is based on good cause. Specifically, counsel for both parties have been working diligently since early fall at arriving at an agreed resolution of this case. Analyzing and agreeing to a particular loss amount proved to be complex, in that it involved an analysis of voluminous discovery, additional records being held at the Fresno USDA offices, as well as working through comparable sales figures relating to a variety of stores participating in the Food & Nutrition Service's Supplemental

Nutrition Assistance Program (SNAP) throughout Merced County.  Through this diligence, the parties believe that they have reached an agreement in principle to resolve this case.  On this end, earlier this week and after multiple revisions (largely generated internally on the government's end as the undersigned worked through the plea approval process), the government delivered to defense counsel a plea agreement that it believes encompasses terms necessary to resolve this case.  The parties wish to provide defendant ample opportunity to closely analyze and sign this draft agreement prior to engaging in a Rule 11 colloquy with the court at the change of plea hearing.  Continuing this action's November 16 change of plea hearing to December 14 would enable defendant to accomplish as much in advance of the hearing.  The parties picked this continuance date after consulting about their respective calendars.

      For the above stated reason, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

(As auth. 11/11/15)

Dated: November 11, 2015                                By: /s/ Kirk W. McAllister
                                                        Kirk W. McAllister
                                                        Attorney for Defendant
                                                        BHARPUR SINGH

Dated: November 11, 2015                                BENJAMIN B. WAGNER
                                                        United States Attorney

                                                        By: /s/ Brian W. Enos
                                                        Brian W. Enos
                                                        Assistant U.S. Attorney

**IT IS SO ORDERED**
**Dated: November 12, 2015**

                                        **/s/ Lawrence J. O'Neill**
                            **United States District Judge**