Kirk W. McAllister, State Bar No. 47324
McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA 95354
Tel: (209) 575-4844

Attorney for Defendant
BHARPUR SINGH



FILED

MAR 22 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BHARPUR SINGH,<br><br>Defendant. | Case No.: 1:14-CR-00230 LJO SKO<br><br>**AMENDED APPLICATION AND [PROPOSED] ORDER**<br><br>Judge: Honorable Barbara A. McAuliffe |

BHARPUR SINGH, by and through his attorney of record, Kirk W. McAllister, hereby requests an order exonerating the property bond for reconveyance of real property in this action.

Real property owned by BHARPUR SINGH was posted as collateral for the property bond for the release of defendant. On November 18, 2014, a Deed of Trust was executed and recorded in Stanislaus County (Deed No. 2014-0076253-00) for the real property commonly known as: 1611 Water Lilly Lane, Ceres, CA 95307.

The Court received the original Deed of Trust on December 18, 2014 (Doc. 13).

On January 4, 2016, Defendant Bharpur Singh entered a plea of guilty to Count Eight of the Indictment, Wire Fraud. Mr. Singh is set to be sentenced on June 6, 2016 and will be ordered to pay restitution.

1  At the time of the plea it was explained to the Honorable Lawrence O'Neil that Mr.
2  Singh was going to attempt to pay restitution prior to sentencing. This release is sought for the
3  purpose of disencumbering the property so that it may be used to obtain a loan which Mr. Singh
4  will use to pay the restitution.

5  It is respectfully requested that the property bond in this matter be immediately
6  exonerated and that the property posted as collateral for the bond be reconveyed to Bharpur
7  Singh so that he may secure a loan to pay for the restitution in this case.

Respectfully submitted,

Dated: 03/09/2016            /s/ Kirk W. McAllister
                             KIRK W. McALLISTER
                             Attorney for Defendant

## ORDER

IT IS SO ORDERED that the property bond in the above-captioned case be exonerated and title to the real property be reconveyed to Bharpur Singh, original Deed of Trust filed with the Court on December 18, 2014 (Doc. 13).

IT IS SO ORDERED.

DATED: 3/22/16

BARBARA A. McAULIFFE
U.S. Magistrate Judge

-2-