Kirk W. McAllister, State Bar No. 47324
McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA  95354
Tel: (209) 575-4844

Attorney for Defendant
BHARPUR SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BHARPUR SINGH,<br><br>　　　　Defendant. | Case No.:   1:14-CR-00230 LJO SKO<br><br>**STIPULATION AND ORDER**<br><br>Judge: Honorable Lawrence J. O'Neill |

　　　　IT IS HEREBY STIPULATED by and between the UNITED STATES OF AMERICA through its undersigned counsel, BRIAN ENOS, Assistant United States Attorney, and KIRK W. McALLISTER, attorney for the defendant BHARPUR SINGH, that the sentencing hearing presently scheduled for Monday, June 6, 2016, at 9:30 a.m. be vacated and rescheduled for Monday, August 15, 2016, at 9:30 a.m.

　　　　The reason for the continuance is that defense counsel had a medical emergency and will be out of the office for approximately three weeks.

　　　　All counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through August 15, 2016, should be excluded in computing time

///

///

///

1  within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §§
2  3161(h)(7)(A) and (B)(iv).

                                    Respectfully submitted,

                                    KIRK W. MCALLISTER
                                    Attorney for Defendant

Dated: 05/31/2016                 /s/ Kirk W. McAllister
                                    KIRK W. McALLISTER
                                    Attorney for Defendant Tyler David Bliss


                                    /s/ Brian Enos
Dated: 05/31/2016                 BRIAN ENOS
                                    Assistant U.S. Attorney

McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA 95354

**ORDER**

IT IS SO ORDERED that the sentencing hearing presently scheduled for Monday, June 6, 2016, at 9:30 a.m. be vacated and rescheduled for Monday, August 15, 2016, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **May 31, 2016**          **/s/ Lawrence J. O'Neill**
                                  UNITED STATES CHIEF DISTRICT JUDGE

McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA 95354